IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR340 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD JEFFREY DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue trial (Filing No. 21). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that trial in this matter is rescheduled for:

**Monday, October 6, 2008, at 9 a.m.**

In Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant has sought and been granted numerous continuances to allow him to procure DNA evidence, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in an speedy trial. The additional time between July 28, 2008, and October 6, 2008, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 161(h9)(8)(A) & (B).

DATED this 19th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court