IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR340 |
| | ) | |
| v. | ) | |
| | ) | |
| RONALD JEFFREY DAVIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 23).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; the indictment is dismissed as to Ronald J. Davis.

DATED this 6th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court